UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEREK BOXHORN,<br><br>                Plaintiff,<br><br>-against-<br><br>RODGERS SILICON VALLEY ACQUISITION CORP., THURMAN J. RODGERS, EMMANUEL T. HERNANDEZ, STEVEN J. GOMO, JOSEPH I. MALCHOW, JOHN D. MCCRANIE, and LISAN HUNG,<br><br>                Defendants. | Case No.: 1:21-cv-02900-ALC |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 19, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*